UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 09342
  JOHN D AUGUSTYN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
  SSN XXX-XX-4908


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/22/07 .

    2.  The case was converted to Chapter 7 without confirmation, 07/19/2007.


------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
GREENPOINT MORTGAGE       CURRENT MORTG      .00              .00            .00
GREENPOINT MORTGAGE       MORTGAGE ARRE  NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP     UNSECURED      NOT FILED           .00            .00
FAST CASH ADVANCE         UNSECURED      NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED      NOT FILED           .00            .00
LVNV FUNDING              UNSECURED      NOT FILED           .00            .00
ZENITH ACQUISITION        UNSECURED      NOT FILED           .00            .00
BANK OF AMERICA NA        SECURED        NOT FILED           .00            .00
            Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00          .00
PRINCIPAL PAID         .00         .00         .00         .00          .00
INTEREST PAID          .00         .00         .00         .00          .00
TOTAL PAID             .00         .00         .00         .00          .00
The Debtor's attorney, EDWARD J VARGA              , was allowed $         .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 10/19/07                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                              PAGE   2
        CASE NO. 07 B 09342 JOHN D AUGUSTYN
```